```
              UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF NORTH CAROLINA
```

ALPHONZA LEONARD PHILLIP     )
THOMAS BEY,                  )
                             )
         Plaintiff,          )
                             )            1:20CV365
    v.                       )
                             )
THE STATE OF NORTH CAROLINA, )
et al,                       )
                             )
         Defendants.         )

## ORDER

On October 13, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 6) within the time limit prescribed by Section 636.

The court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 4), which is affirmed and adopted.

Plaintiff also filed a Default Affidavit (Doc. 7) which appears to be a request for entry of default. However, Plaintiff's request to proceed *in forma pauperis* was denied, and his case was determined to be frivolous and failed to state a claim at screening under 28 U.S.C. § 1915A, so no response to the complaint was required. Therefore, his request for entry of default is DENIED.

IT IS THEREFORE ORDERED that that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for being frivolous and for failing to state a claim upon which relief may be granted.

                                      /s/   Thomas D. Schroeder
                                      United States District Judge

November 18, 2020